UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENEATRA MICHELLE BLACKSTON                          Chapter 13

Debtor            Bankruptcy No. 17-18160-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___3rd___ day of ___April___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN EVERETT COOK
2747 MACARTHUR RD

WHITEHALL, PA 18052

Debtor:
DENEATRA MICHELLE BLACKSTON

1004 66TH AVE

PHILADELPHIA, PA 19126-