United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-18160-amc
Deneatra Michelle Blackston                                     Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore              Page 1 of 2              Date Rcvd: Apr 03, 2018
                              Form ID: pdf900              Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
```
db             +Deneatra Michelle Blackston,    1004 66th Ave.,    Philadelphia, PA 19126-3304
14023383        Am Coll Sys,    800 Cross Pointe Rd,    Columbus, OH  43230-6687
14023384       +Dpt Treasury,    3700 E West Hwy,    Hyattsville, MD 20782-2092
14023385        Extremity Imaging Temple,    %Am Coll Syst,    800 Cross Pointe Rd,    Columbus, OH  43230-6687
14023386        Kondaur Capital Corp,    333 S Anita Dr Ste 400,    Orange, CA  92868-3314
14023389        Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN  55440-0673
14023390        Tnb-Visa (TV) / Target,    C/O Financial & Retail Services Mailstop,    PO Box 9475,
                 Minneapolis, MN  55440-9475
14075167        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
14023391        US Dept of Ed/Glelsi,    PO Box 7860,    Madison, WI  53707-7860
14023392        US Dept of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Ln,
                 Madison, WI  53704-3121
14023393        Wells Fargo,    PO Box 14517,    Des Moines, IA  50306-3517
14023394        Wells Fargo Bank,    PO Box 10438,    Des Moines, IA  50306-0438
14030211        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14055118        Wilmington Savings Fund Society, FSB, et al,    c/o Kondaur Capital Corporation,
                 333 South Anita Drive, Suite 400,    Orange, CA 92868-3314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 04 2018 01:46:45     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2018 01:46:11      Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2018 01:46:24      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14023387        E-mail/Text: BankruptcyNotices@aafes.com Apr 04 2018 01:45:46      Military Star,
                 3911 S Walton Walker Blvd,    Dallas, TX  75236-1509
14023388        E-mail/Text: BankruptcyNotices@aafes.com Apr 04 2018 01:45:46      Military Star/Aafes,
                 Attention: Bankruptcy,    PO Box 650060,    Dallas, TX  75265-0060
14053880        E-mail/Text: BankruptcyNotices@aafes.com Apr 04 2018 01:45:46
                 Army & Air Force Exchange Services,    Attention GC-G,    3911 S. Walton Walker Blvd.,
                 Dallas, TX 75236
14053094        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2018 01:50:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of National City Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14053738       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2018 01:50:05
                 PYOD, LLC its successors and assigns as assignee,    of Springleaf Financial Services Of,
                 Indiana, Inc.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
```
              JOHN EVERETT COOK    on behalf of Debtor Deneatra Michelle Blackston bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2              Date Rcvd: Apr 03, 2018
                              Form ID: pdf900           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                          TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DENEATRA MICHELLE BLACKSTON　　　　　　　　　　Chapter 13

　　　　　　　　　　　Debtor　　　　　　Bankruptcy No. 17-18160-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

　　**AND NOW**, this __3rd__ day of __April__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

　　**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN EVERETT COOK
2747 MACARTHUR RD

WHITEHALL, PA 18052


Debtor:
DENEATRA MICHELLE BLACKSTON

1004 66TH AVE

PHILADELPHIA, PA 19126-