UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :    Chapter 13
Deneatra Michelle Blackston          :    No. 17-18160 AMC

HEARING TO BE HELD:
Date: Tuesday, May 22, 2018
Time: 11:00 a.m.
Place: United States Bankruptcy Court
Courtroom #5
900 Market Street
Philadelphia PA 19107

## NOTICE OF DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER ENTERED APRIL 3, 2018 DISMISSING THE ABOVE-CAPTIONED CASE

Everett Cook, Esquire, counsel for Debtor, has filed a Motion For Reconsideration of Order Entered April 3, 2018 Dismissing the Above Captioned Case.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Motion, then on or before May 18 2018, (18 days) you or your attorney must do ALL of the following:

(a) file an answer explaining your position at:

United States Bankruptcy Court
900 Market St., Suite 400
Philadelphia PA 18107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

(b) mail a copy to the Movants' attorney:

Everett Cook, Esquire

2309 MacArthur Road
Whitehall PA 18052
610 351 3566

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Ashley M. Chan, United States Bankruptcy Judge, on **Tuesday, May 22, 2018 at 11:00 A.M.** in Courtroom #5, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.


Date: 5/2/18