UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| **Deneatra Michelle Blackston** | : | No. 17-18160 AMC |

## PRAECIPE TO WITHDRAW DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER ENTERED APRIL 3, 2018 DISMISSING THE ABOVE-CAPTIONED CASE

**To The Clerk of Said Court:**

Kindly withdraw Debtor's Motion for Reconsideration of Order Entered April 3, 2018, which was filed on or about May 2, 2018 (document No. 37).

Respectfully submitted,

**The Law Offices of Everett Cook, P.C.**

**Dated 6/4/18**            /s/ Everett Cook, Esquire

Everett Cook, Esquire
Attorney for Debtors
2309 MacArthur Road
Whitehall, PA 18052
610-351-3566 Phone
610-351-3556 Fax